# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALONZO PALAFOX-PAZ,<br><br>Defendant. | Case No.: 18-CR-2794-GPC<br><br>**ORDER AND JUDGMENT DISMISSING INDICTMENT WITHOUT PREJUDICE** |

Based on the United States' Motions to Dismiss Without Prejudice as to defendant Alonzo Palafox-Paz, and based on the interests of justice, it is hereby **ORDERED** that the Indictment in the above-entitled action be dismissed without prejudice.

Dated: _2___ July, 2018

_____ for
HON. GONZALO P. CURIEL
United States District Judge